428 A.2d 234

Bupp, Appellant, v. Snyder.

Reargument Denied Aug. 4, 1980.

Argued March 4, 1980. David W. Bupp, for appellant; Robert J. Stewart, submitted a brief on behalf of appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

Order affirmed.

428 A.2d 234

Dover Township, Commonwealth v. Richcrick, Appellant.

Submitted March 6, 1980. Gary T. Knisley, for appellant; James A. Holtzer, for Dover Township, appellee; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONT-GOMERY, JJ.

This case is transferred to the Commonwealth Court pursuant to Pa.R.A.P. 751.